IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:04CR425 |
| JOSE L. MADRIGAL, | ) | **SCHEDULING ORDER** |
| Defendant. | ) | |

   IT IS ORDERED that the following is set for hearing on **April 22, 2005** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion to Withdraw as Counsel [53]

   Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

   DATED this 21st day of April, 2005.

                              BY THE COURT:


                              s/Thomas D. Thalken
                              United States Magistrate Judge